## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kenneth Earl Smith,

      Plaintiff,

v.

City of North Las Vegas, et al.,

      Defendant(s).

Case No. 2:26-cv-00747-CDS-NJK

**Order**

[Docket Nos. 13, 19]

Pending before the Court is Plaintiff's motion for leave to file a second amended complaint. Docket No. 13. Also pending before the Court is the stipulation consenting to granting that motion and for other related relief. Docket No. 19. The motion and stipulation are hereby **GRANTED**. Accordingly, the Court orders as follows:

- The Clerk's Office must file the second amended complaint (Docket No. 13 at 10-52).
- Defendants are deemed to have accepted service of the second amended complaint as of the date this order issues.
- Defendants must respond to the second amended complaint within 60 days of the date this order issues.

IT IS SO ORDERED.

Dated: April 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1