# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kenneth Smith, Jr.,

    Plaintiff,

v.

City of North Las Vegas, et al.,

    Defendants.

Case No. 2:26-cv-00747-RFB-NJK

**Order**

[Docket Nos. 32, 35]

Pending before the Court is a stipulation for a settlement conference with another magistrate judge, along with ancillary relief. Docket No. 35. The Court **GRANTS** that stipulation as stated below. The Court **INSTRUCTS** the Clerk's Office to randomly assign another magistrate judge to the case for purposes of holding a settlement conference. Although the parties seek a settlement conference within 45 days of the issuance of this order, the scheduling of that settlement conference will be subject to the calendar of the magistrate judge holding it. The Court **DENIES** without prejudice the pending motion to strike. Docket No. 32.[1] The Court **VACATES** the deadline to file a joint discovery plan. If the settlement conference is unsuccessful, a joint discovery plan must be filed within seven days thereafter.

IT IS SO ORDERED.

Dated: July 10, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] As requested by the parties, the motion to disqualify (Docket No. 26) will remain pending. That motion will be decided in the ordinary course.

1