NORTH LAS VEGAS CITY ATTORNEY
Andy Moore, Nev. Bar No. 9128
Marisa Rodriguez, Nev. Bar No. 13234
Adrian Viesca, Nev. Bar No. 14639
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH EARL SMITH,

Plaintiff,

v.

CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; ANDY A. POPOVSKY, individually; JAMES McDONALD, individually; DAISY GERARDO, individually; SUZANNE BERUBE RORHUS, individually; ANDY MOORE, individually; and DOES 2 through 10,

Defendants.

CASE NO.: 2:26-cv-00747-RFB-NJK

**ERRATA TO DEFENDANTS' MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO PLAINTIFF'S SECOND MOTION TO STRIKE ANSWER, MOTION FOR SANCTIONS, MOTION FOR PARTIAL SUMMARY JUDGMENT, AND TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (FIRST REQUEST)**

Defendants CITY OF NORTH LAS VEGAS, ANDY A. POPOVSKY, JAMES McDONALD, and DAISY GERARDO, by and through counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the deadlines identified below until after the settlement conference scheduled for October 9, 2026.

Before filing this Motion, counsel for Defendants obtained Plaintiff's oral stipulation to the requested extensions. Plaintiff, who is proceeding pro se, agreed to stipulate to the below deadlines during a telephone conversation, but has not responded to email requests to place his electronic signature on the stipulations. Viesca Decl. at ¶¶ 2 – 8, attached hereto as **Exhibit 1**. *See also* true and correct copies of the emails attached hereto as **Exhibit 1-1** and **Exhibit 1-2.** Defendants accordingly bring this request before the Court by motion.

These extensions are requested in good faith, are not intended for delay, and will allow the parties adequate time to respond should this matter not resolve at the October 9, 2026, settlement conference.

The parties had orally stipulated to the following extended deadlines:

1) Defendants' response to Plaintiff's Second Motion to Strike Answer, ECF No. 43, (filed September 1, 2026) currently due September 15, 2026 will be due to October 23, 2026;
2) Defendants' response to Plaintiff's Motion for Sanctions, ECF No. 44, (filed September 1, 2026), currently due September 15, 2026 will be due October 23, 2026;
3) Defendants' response to Plaintiff's Motion for Partial Summary Judgment, ECF No. 46 (filed September 2, 2026) currently due September 23, 2026 will be due on October 23, 2026;
4) The deadline for Defendants to respond to Plaintiff's Third Amended Complaint will be due on or before November 9, 2026.

This is the first request for an extension of these deadlines. No previous extensions of time have been sought or obtained with respect to the deadlines identified above.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and enter an order extending the deadlines identified above.

DATED this 10th day of September, 2026.

NORTH LAS VEGAS CITY ATTORNEY

By: *<u>/s/ Adrian Viesca</u>*.
Andy Moore, Nev. Bar No. 9128
Marisa Rodriguez, Nev. Bar No. 13234
Adrian Viesca, Nev. Bar No. 14639
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
*Attorneys for Defendants*

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED that Defendants' Motion to Extend Time to File Oppositions to Plaintiff's Second Motion to Strike Answer, Motion for Sanctions, Motion for Partial Summary Judgment, and to Respond to Plaintiff's Third Amended Complaint (First Request) is GRANTED. Defendants' responses to Plaintiff's Second Motion to Strike Answer, Motion for Sanctions, and Motion for Partial Summary Judgment shall be due on or before October 23, 2026. The deadline for Defendants to respond to Plaintiff's Third Amended Complaint will be due on or before November 9, 2026.

DATED: September 15, 2026

UNITED STATES MAGISTRATE JUDGE