**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kenneth Earl Smith, Jr.,
Plaintiff(s),
v.
City of North Las Vegas, et al.,
Defendant(s).

Case No. 2:26-cv-00747-RFB-NJK

**Order**

[Docket Nos. 43, 44]

In light of the parties' settlement, Docket No. 57, the Court **DENIES** without prejudice the motion to strike and the motion for sanctions.

IT IS SO ORDERED.

Dated: October 13, 2026

Nancy J. Koppe
United States Magistrate Judge