ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

NORTH LAS VEGAS CITY ATTORNEY
Andy Moore, Nev. Bar No. 9128
Marisa Rodriguez, Nev. Bar No. 13234
Adrian Viesca, Nev. Bar No. 14639
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH EARL SMITH,

Plaintiff,

vs.

CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; ANDY A. POPOVSKY, individually; JAMES McDONALD, individually; DAISY GERARDO, individually; SUZANNE BERUBE RORHUS, individually; ANDY MOORE, individually; and DOES 2 through 10,

Defendants.

Case No.: 2:26-cv-00747-RFB-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED between Defendants City of North Las Vegas, Andy A. Popovsky, James McDonald, Daisy Gerardo, Suzanne Berube Rirhus, and Andy Moore (hereinafter "Defendants"), by and through their attorneys, Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiff Kenneth

Earl Smith, Jr., individually, that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 4th day of November, 2026.

KENNETH EARL SMITH, JR.
6741 Boulder Highway, Apt. 208
Las Vegas, Nevada 89122
*Plaintiff, Pro Se*

DATED this 9th day of November, 2026.

LEWIS BRISBOIS BISGAARD SMITH LLP

ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of November, 2026.

U.S. DISTRICT COURT JUDGE